IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY NO. 19-24723-CMB |
| Judith Healey, | : | CHAPTER 13 |
| Debtors | : | RELATED TO DOCKET NO. 32 |
| Judith Healey, | : | |
| Movant | : | HEARING DATE AND TIME: November 19, 2024 at 1:30 PM |
| v. | : | |
| Merrick Bank, | : | |
| Respondent | : | |
| And | : | |
| Ronda J. Winnecour, Esquire Chapter 13 Trustee | : | |
| Additional Respondent | : | |

## ORDER

AND NOW, this _____ day of _____, 2024, upon consideration of the Objection to Proof of Claim 1-1 filed by Merrick Bank it is hereby ORDERED and DECREED as follows:

1. The claims of Merrick Bank at Claim Number 1-1 is hereby denied and dismissed.

BY THE COURT:

_____
Carlota M. Bohm,
United States Bankruptcy Judge